INTERBOROUGH RAPID TRANSIT COMPANY, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued November 23, 1937; decided December 7, 1937.

598

*A. H. Cole* and *Louis S. Carpenter* for appellant.

*Paul Windels, Corporation Counsel (William G. Mulligan, Jr.,* and *Robert W. Lishman* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.